Ronald H. Hoevet, OSB #75174
Celia Howes, OSB #03345
HOEVET, BOISE & OLSON, P.C.
1000 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: (503) 228-0497
Facsimile: (503) 228-7112
E-mail: _rhoevet@hoevet-boise.com_
      _chowes@hoevet-boise.com_

Of Attorneys for Defendant Saladino

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>v.<br><br>JOSEPH OQUENDO SALADINO,<br><br>                   Defendant. | Case No. CR 07-535-01-BR<br><br>DEFENDANT SALADINO'S<br>WITNESS LIST |

Defendant Joseph Saladino, through counsel, submits the following list of witnesses that he intends to call at trial.

1. Paul Chappell, attorney
2. Robert Murphy, Freedom and Privacy Committee (FPC) taxpayer
3. Frank Perkinson, FPC taxpayer
4. Larry Partain, FPC taxpayer
5. Jeannette Holmes-Ludwig, FPC administrative staff
6. Sue Hillis, FPC administrative staff
7. Christina Frias, FPC administrative staff

PAGE 1 - DEFENDANT SALADINO'S WITNESS LIST

Hoevet Boise & Olson, P.C.
Attorneys at Law
1000 S.W. Broadway, #1500
Portland, Oregon 97205
(503) 228-0497
Fax (503) 228-7112

8. Jamie Hillis, FPC administrative staff

9. Dr. Norton Roitman, expert psychiatrist

10. Joseph Saladino

Upon receipt of the government's witness list, Saladino may file a supplemental witness list adding or deleting witnesses.

DATED this 13th day of October, 2009.

HOEVET, BOISE & OLSON, P.C.

_____
Celia Howes, OSB #03345
Of Attorneys for Joseph O. Saladino

PAGE 2 - DEFENDANT SALADINO'S WITNESS LIST

HOEVET BOISE & OLSON, P.C.
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1500
PORTLAND, OREGON 97205
(503) 228-0497
FAX (503) 228-7112