**KENT S. ROBINSON**
Acting United States Attorney
District of Oregon
**ALLAN M. GARTEN, OSB #812360**
Assistant United States Attorney
allan.garten@usdoj.gov
**MICHELLE KERIN, OSB #965278**
Special Assistant United States Attorney
michelle.kerin@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000

    Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR 07-535-BR |
| v. | **GOVERNMENT'S WITNESS LIST** |
| **JOSEPH OQUENDO SALADINO, ET AL.** | |
|      **Defendant.** | |

    The United States of America, by and through Kent S. Robinson, Acting United States Attorney for the District of Oregon, Allan M. Garten, Assistant United States Attorney, and Michelle Kerin, Special Assistant United States Attorney, hereby submits the following witness list for the trial commencing November 3, 2009:

    1.    Dennis Styles

    2.    Nancy Lloyd

3. Charlene Chapin

4. William Ramsey

5. Charles Lettenmaier

6. Donald Piano

7. Deb Barham

8. Kristen Emminger

9. Richard Fuselier

10. Ron Bas

11. Christian Hobart

12. Leon Miles

13. Neal Goldberg

14. Peter Neise

15. Jennifer Richmond

16. Jeanette Holmes

17. Michael Hunter-Diltz

18. Gary Clark

19. Michael Bowman

20. Eldon Ashton

21. Mark Dinger

22. Trista Truesdell-Branning

23. Janet Taylor

24. John Sanderson

25. Nickole Rocha

26. Ralph Marlow

Page 2 -    GOVERNMENT'S WITNESS LIST

27. Deri Battles

28. Kathy Barcklow

29. Ralph Kelley

30. Lynda Moody

31. Steve Hines

32. Carl Foster

33. Mark Krigbaum

34. Dan Hoffman

35. Jason Bell

36. Jonathon Dittman

The government specifically reserves the right to call witnesses not listed as rebuttal witnesses, if necessary.

DATED this 13th day of October, 2009.

Respectfully submitted,
KENT S. ROBINSON
Acting United States Attorney

*/s/ Michelle Holman Kerin*
ALLAN M. GARTEN
Assistant United States Attorney

MICHELLE HOLMAN KERIN
Special Assistant United States Attorney